# Third District Court of Appeal
## State of Florida

Opinion filed November 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-892
Lower Tribunal No. M21-13761A
_____


**Juliet Martinez,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Eleane Sosa-Bruzon, Judge.

Carlos J. Martinez, Public Defender, and Andrew Stanton, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.


Before FERNANDEZ, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed.